# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135349

OAK PARK PUBLIC SAFETY OFFICERS
ASSOCIATION,
   Respondent-Appellant,

v

              SC: 135349
              COA: 271767
              MERC:  03-000005

CITY OF OAK PARK,
    Charging Party-Appellee.

_____/

   On order of the Court, the application for leave to appeal the October 18, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2008                      
                          Clerk

d0625